**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-7640**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY MARION LOPEZ,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Walter E. Black, Jr., Senior District Judge.  (CR-89-95-B)

───────────────

Submitted:  January 15, 1998          Decided:  January 30, 1998

───────────────

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Anthony Marion Lopez, Appellant Pro Se.  John Vincent Geise, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for a two-level reduction in the offense level under U.S. Sentencing Guidelines Manual § 5K2.0 (1997) and for immediate deportation under 8 U.S.C.A. § 1252(h) (West Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Lopez, No. CR-89-95-B (D. Md. Sept. 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED